# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for HSI Asset Securitization Corporation Trust 2007-HE1 Mortgage Pass Through Certificates, Series 2007-HE1, | : : : | |
| Plaintiff, | : | Case No.  3:07CV312 |
| | : | |
| vs. | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| LARRY E. WHITAKER, *et al.*, | | |
| | : | |
| Defendants. | | |
| | : | |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #15), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on October 29, 2007 (Doc. #15) is ADOPTED in full;

2. Plaintiff's Motion to Dismiss (Doc. #13) is GRANTED, and Defendant unknown spouse (if any) of Larry E. Whitaker, 5718 Game Farm Road, Urbana, OH 43078, is DISMISSED as a party to this case; and

3. Plaintiff's claims remain pending on the docket of this Court.


November 14, 2007                                          **s/THOMAS M. ROSE**


                                                          _____
                                                              Thomas M. Rose
                                                           United States District Judge